# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD DAILEY,<br><br>　　　　　　Plaintiff,<br>vs.<br><br>ROSEANNE CAMPBELL., Warden,<br><br>　　　　　　Defendant. | CASE NO. 05cv1504 JM(PCL)<br><br>ORDER GRANTING MOTION FOR COPY OF AMENDED REPORT AND RECOMMENDATION; SCHEDULING ORDER |

　　　　Plaintiff moves to be provided with a copy of the Amended Report and Recommendation ("Amended R & R") entered by Magistrate Judge Lewis on or about October 3, 2006. Plaintiff also seeks an opportunity to file Objections to the R & R. Plaintiff represents that he never received a copy of the Amended R & R. The docket entry for the Amended R & R is No. 23. The court notes, however, that a document from another case was inadvertently filed as Docket No. 23 in lieu of the Amended R & R. This may have contributed to Plaintiff not receiving a copy of the Amended R & R. Accordingly, the court grants Plaintiff's motion.

　　　　The Clerk of Court is instructed to provide Plaintiff with a copy of the Amended R & R. Plaintiff may file and serve Objections to the Amended R & R no later than April 13, 2007. Defendant may file and serve a reply to the Objections no later than

/ / /

/ / /

1 | April 27, 2007.  At that time the matter will be taken under submission without oral
2 | argument pursuant to Local Rule 7.1(d)(1).
3 |     **IT IS SO ORDERED.**
4 | DATED: March 14, 2007

                                        Hon. Jeffrey T. Miller
                                        United States District Judge

7 | cc: All Parties