# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES EDWARD DAILEY,<br><br>　　　　　　　　　　Plaintiff,<br>　vs.<br><br>ROSEANNE CAMPBELL, Warden,<br><br>　　　　　　　　　　Defendant. | CASE NO. 05cv1504 JM(PCL)<br><br>**ORDER DENYING OBJECTIONS; ADOPTING REPORT AND RECOMMENDATION RE: DENIAL OF PETITION FOR WRIT OF HABEAS CORPUS** |

On October 13, 2006 Magistrate Judge Lewis entered an Amended Report and Recommendation recommending the denial of the petition for writ of habeas corpus ("R & R"). The R & R, expressly incorporated herein, thoroughly and thoughtfully analyzed Petitioner's claims and recommended denying the petition for writ of habeas corpus. Petitioner has filed objections to the R & R ("Objections"). Respondent did not file a reply to the Objections.

In his Objections, Petitioner raises no new arguments. Petitioner does not seek to distinguish the authorities cited in the R & R or otherwise inform the court of a reasoned basis to decline to adopt the R & R. Instead of responding to Petitioner's arguments a second time, the court adopts the R & R in its entirety. The petition for habeas corpus is denied with prejudice.

**IT IS SO ORDERED.**

DATED: May 7, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Jeffrey T. Miller
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

cc: All Parties

05cv1504